FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JANET ARNOLD (01),<br>DANIELLE CORINE MATA (02),<br>JENNIFER CHERI PRICHARD (03),<br>and LISA MARIE COOPER (05),<br><br>               Defendants. | No.   4:18-CR-06044-SMJ-01<br>        4:18-CR-06044-SMJ-02<br>        4:18-CR-06044-SMJ-03<br>        4:18-CR-06044-SMJ-05<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The Government's unopposed Motion for a Protective Order Regulating Disclosure of Discovery and Sensitive Information, **ECF No. 68**, and related motion to expedite, **ECF No. 69**, are **GRANTED**. Pursuant to Federal Rule of Criminal Procedure 16(d)(1) and the parties' stipulation, the Government's proposed Protective Order Regulating Disclosure of Discovery and Sensitive Information Contained Therein, **ECF No. 68-1**, is **APPROVED** and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of October 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge